JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDOLPH BOLDEN, | ) | Case No. EDCV 10-1475-AHM (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| PEOPLE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: October 27, 2010

_____
HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge